### ROBINSON vs. COADY.*

*Twelfth District Court, for San Francisco Co., October,* 1857.

#### DEMAND.

Where a demand at a certain place is necessary, an averment that the plaintiff was there, ready and willing to receive payment, is insufficient.

The facts are set forth in the opinion.

*J. P. Treadwell,* for plaintiff.

*E. Casserly,* for defendant.

NORTON, J.—This case comes up on demurrer to the complaint. This should have averred that payment of a certain promissory note was demanded, at a certain particular place, in this State. This the plaintiff has endeavored to avoid, by saying that he was at the place in question, at the proper time, ready and willing to receive payment. This averment is insufficient. Demurrer sustained.